

# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

GEORGIA ADVOCACY OFFICE, INC., )
)
    Plaintiff, )
)
v. ) CASE NO. CV417-114
)
ASSURANCE CONSULTING, LLC and )
MICHELLE LEE, in her official )
capacity as Registered Agent, )
Assurance Consulting, LLC, )
)
    Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Complaint, in which Plaintiff asserts that it is an entity tasked with protecting the legal and human rights of individuals with disabilities residing in the State of Georgia. (Doc. 1 at 2.) Accordingly, Plaintiff states that upon the death of a disabled or mentally ill individual, it should have access to certain records of those individuals. (Id.) In this case, Plaintiff alleges that Defendants have withheld documents pertaining to the deaths of Ciara Bivens and Mickeyon Green. (Id. at 5.) Prior to their deaths, both Ciara Bivens and Mickeyon Green resided in a facility operated by Defendant Assurance Consulting, LLC. (Id. at 5-6.)

After multiple records requests to Defendants went unanswered, Plaintiff filed suit in this Court on June 29, 2017.

(Doc. 1.) Plaintiff requested that the Court declare Defendants in violation of the Plaintiffs' rights because they unreasonably delayed access to records, order Defendants to provide the records to Plaintiff without further delay, and order Defendants to pay attorneys' fees and costs. (Id. at 13.) On July 31, 2017, Defendants sent a letter[1] to this Court indicating that they could not turn over the records because of an ongoing criminal investigation. (Doc. 4.)

Based on the nature of this suit and the seriousness of the issues involved, the Court will conduct a hearing in this matter on **Wednesday, August 23, 2017** at **4:00 p.m.** in the Third Floor Courtroom of the Federal Courthouse in Savannah, Georgia. The parties are **DIRECTED** to be prepared to present evidence at that hearing concerning Plaintiff's rights to the withheld documents, and entitlement to attorney's fees and costs. Defendants are **DIRECTED** to bring copies of all documents that Plaintiff has requested to the Court, and to be prepared to turn those documents over to either Plaintiff or the Court if the Court so orders. The Clerk of Court shall **DIRECT** the United States Marshals Service to serve a copy of this order on Defendants via

---

[1] The Court notes that it does not conduct its business via letter. Any responsive document that Defendants wish the Court to consider should be in the format of a pleading and comply with the requirements of both the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Georgia.

2

the addresses provided by Defendants in their July 31, 2017 letter. (Doc. 4.)

SO ORDERED this 11th day of August 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA